Alas Lifespan Wellness, PT, P.C., as Assignee of Tarrant Jiles, Appellant,
against
Global Liberty Ins. Co. of NY, Respondent.




Korsunskiy Legal Group, P.C. (Michael Hoenig, Esq.), for appellant.
The Law Office of Nancy S. Linden (Nancy S. Linden, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Katherine A. Levine, J.), entered January 30, 2015. The order, insofar as appealed from and as limited by the brief, denied plaintiff's cross motion for summary judgment.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint on the ground that plaintiff's assignor had failed to appear for independent medical examinations (IMEs), and plaintiff cross-moved for summary judgment. By order entered January 30, 2015, the Civil Court denied defendant's motion and plaintiff's cross motion, but held that the only issues for trial were whether defendant's IME scheduling letters had been properly mailed and whether plaintiff's assignor had failed to appear for the IMEs. Plaintiff appeals, as limited by its brief, from so much of the order as denied its cross motion for summary judgment.
For the reasons stated in Acupuncture Choice, P.C., as Assignee of Equan Thomason v American Tr. Ins. Co. (__ Misc 3d ___, 2017 NY Slip Op _____ [appeal No. 2015-1154 K C], decided herewith), the order, insofar as appealed from, is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 19, 2017